UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DOAN, | No. 2:16-cv-2350-KJM-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| AMERICAN INTERNATIONAL GROUP, INC., et al., | |
| Defendants. | |

On November 2, 2016, plaintiff filed a request for voluntary dismissal of the action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (ECF No. 18.)  Defendants have not yet filed an answer or a motion for summary judgment.  Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for voluntary dismissal (ECF No. 18) is GRANTED.
2. The action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).
3. The pending motion to compel arbitration (ECF No. 6) and motion to strike (ECF No. 16) are DENIED WITHOUT PREJUDICE as moot.
4. All other dates and deadlines in this matter are VACATED.
5. The Clerk of Court shall close this case.

1

1       IT IS SO ORDERED.

2 Dated: November 4, 2016

